UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUSAN HERING,

        Plaintiff,

v.                                Case No:  6:19-cv-1727-Orl-37DCI

NEW DIRECTIONS BEHAVIORAL
HEALTH, L.L.C. and BLUE CROSS
BLUE SHIELD OF FLORIDA, INC.,

        Defendants.
_____

## ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 110). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 22, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record